BLEIMAN v. STERN

(Supreme Court, Appellate Term.   December 8, 1910.) 

JUDGMENT (§ 17*)—PROCESS TO SUSTAIN—NECESSITY.
    Where a judgment was rendered against the defendant by default, and
    it appears conclusively on the record that defendant was never served
    and never appeared in court, either personally or by attorney, the judg-
    ment should be reversed for want of jurisdiction apparent upon the rec-
    ord.
    [Ed. Note.—For other cases, see Judgment, Cent. Dig. §§ 25–33;  Dec.
    Dig. § 17.*]

Appeal from Municipal Court, Borough of Manhattan, Eighth
District.

Action by William Bleiman against Max Stern.   From a Municipal
Court judgment in favor of plaintiff, defendant appeals.   Reversed.

Argued before GUY, PLATZEK, and GAVEGAN, JJ.

Moses I. Falk, for appellant.
Laurence J. Bershad, for respondent.

PER CURIAM.   This is an appeal taken from a judgment en-
tered by default in a Municipal Court.   The appellant contends that
the court was without jurisdiction.   It appears conclusively from the
record that the defendant was never served, and never appeared in
court, either personally or by attorney, or submitted to the jurisdic-
tion of the court.

Judgment should therefore be reversed, and the complaint dis-
missed, with costs.